```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                  Civil No. 10-808 (PAM/FLN)
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | ORDER OF |
| | ) | DISMISSAL |
| REAL PROPERTY AND PREMISES | ) | |
| LOCATED AT 3864 MISSION | ) | |
| BOULEVARD, SAN DIEGO, | ) | |
| CALIFORNIA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Based upon the Stipulation of Dismissal filed by the parties (Docket No. 26), and upon all of the files and records of the proceedings herein, now therefore,

IT IS HEREBY ORDERED that this civil forfeiture action is dismissed without prejudice, and each party shall bear their own costs, disbursements and attorney's fees incurred in connection with this action.

Dated: November 17, 2011    s/Paul A. Magnuson
                            Paul A. Magnuson
                            U.S. District Court Judge